THEODORE E. VIDETO, JR., Appellant, v. E. PALMER BURNHAM and FLORENE BURNHAM, Respondents.— Motion to dismiss appeal granted by default, with

ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.